INN - PROB 22
Rev. 05/04

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 0755 2:06CR00188 |

### TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Reginald Edward Garrett | Northern District Of Indiana | Hammond |

NAME OF SENTENCING JUDGE

Honorable Judge Philip P. Simon

**08CR    446**

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 09/18/2007 | 09/17/2008 |

OFFENSE
CONSPIRACY TO DEFRAUD THE UNITED STATES
Title 18, USC §1343, 1344 and 371

*MAGISTRATE JUDGE VALDEZ*

*JUDGE JOHN W DARRAH*

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____ Northern District of Illinois ____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5-121-08_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
6-3-08
**JUN 0 3 2008**  **TC**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

_JUN - 2 2008_
Effective Date

_James F. Holderman_
United States District Judge