PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

Case 1:08-cr-00446   Document 4   Filed 08/28/2008   Page 1 of 2   Page 4 of 7

RE:   Client Name:   GARRETT, Reginald                     Pacts No. 36596
      Docket No:     08CR00446-1

## PETITIONING THE COURT

☒   To extend the term of probation for __24__ months, for a total term of __36__ months.

☒   To modify the conditions of supervision as follows:

If the offender is unemployed after the first 60 days of probation, or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week at the direction and discretion of the U.S. Probation Office until gainfully employed.

Arturo Venegas
United States Probation Officer
Tel: 312-435-5723

Reviewed by:

Therese Fitzpatrick
Supervising U.S. Probation Officer
Tel: 312-435-5749

Enclosures:   Presentence Investigation
              Judgement in a Criminal Case
              Form 49, Waiver of Hearing
              Financial Analysis

cc:   Victoria Peters, Associate Chief, Criminal Division
      Assistant U.S. Attorney
      U. S. Attorney's Office
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604

      Carol Brooks
      Federal Defender's Office
      55 E. Monroe, Suite 2800
      Chicago, Illinois 60603

      Desiree Mitchell-Robinson
      Financial Litigation Unit
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604

*PROB 12B* Case 1:08-cr-00446  Document 4  Filed 08/28/2008  Page 2 of 2  Page 5 of 7
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

RE: Client Name: GARRETT, Reginald  Pacts No. 36596
Docket No: 08CR00446-1

## RECOMMENDED MODIFICATION:

☒ To extend the term of supervision for __24__ months, for a total term of __36__ months.

☒ To modify the conditions of supervision as follows:

If the offender is unemployed after the first 60 days of probation, or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week at the direction and discretion of the U.S. Probation Office until gainfully employed.

## THE COURT ORDERS:

☐ No Action

☐ The extension of supervision as noted above

☒ The modification of conditions as noted above

☐ Other

_____
Honorable John W. Darrah

August 28, 2008
Date